CM/ECF ostp
(Rev. 06/10/2015)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: Zachary Alan Burk<br>Debtor(s) | Case No.: 15−14529−JDW<br>Chapter: 7 |
| Mid−South Maintenance, Inc., an Oklahoma Corporation<br>Plaintiff(s)<br>   vs.<br>Zachary Alan Burk<br>Defendant(s) | Adversary Proceeding No: 16−01063−JDW |

## ORDER FOR SUBMISSION OF STIPULATION
## AS TO TIME NEEDED FOR DISCOVERY

   Pursuant to Rule 16, Federal Rules of Civil Procedure, made applicable by Federal Rule of Bankruptcy Procedure 7016, this Court will enter a scheduling order in the above−captioned adversary proceeding. All parties or their attorneys shall confer and file with the court within 14 days from the date of entry of this order a stipulation setting forth a proposed deadline for completion of discovery.

   This Court will then enter a scheduling order in accordance with Rule 16, F.R.Civ.P. After the entry of said scheduling order, extensions of the discovery period will be allowed only by motion upon a good cause showing of exceptional circumstances.

Dated and Entered: 10/21/16

                                        Jason D. Woodard
                                        Judge, U.S. Bankruptcy Court

CM/ECF ostp1
(Rev. 06/10/2015)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Zachary Alan Burk
Debtor(s)

Case No.: 15−14529−JDW
Chapter: 7

Mid−South Maintenance, Inc., an Oklahoma Corporation
Plaintiff(s)
   vs.
Zachary Alan Burk
Defendant(s)

Adversary Proceeding No: 16−01063−JDW

## STIPULATION

It is hereby stipulated and agreed by the parties in the above captioned adversary proceeding that all discovery shall be completed on or before the _____ day of _____, 20____.

The parties further stipulate and agree that the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1)−(3), and the initial conference of the parties required by Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, ( )shall ( ) shall not apply in this adversary proceeding.

The parties ( ) consent ( ) do not consent to entry of final judgment as to all claims by a United States Bankruptcy Judge.

A pre−trial conference is ( ) requested ( ) waived.

This _____ day of _____, 20_____.

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT