CM/ECF ostp1
(Rev. 06/10/2015)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: Zachary Alan Burk
Debtor(s)

Case No.: 15-14529-JDW
Chapter: 7

Mid-South Maintenance, Inc., an Oklahoma Corporation
Plaintiff(s)
vs.
Zachary Alan Burk
Defendant(s)

Adversary Proceeding No: 16-01063-JDW

**STIPULATION**

It is hereby stipulated and agreed by the parties in the above captioned adversary proceeding that all discovery shall be completed on or before the ___1st___ day of ___March___, 20_17_.

The parties further stipulate and agree that the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1)-(3), and the initial conference of the parties required by Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, ( )shall (X)shall not apply in this adversary proceeding.

The parties (X) consent ( ) do not consent to entry of final judgment as to all claims by a United States Bankruptcy Judge.

A pre-trial conference is ( ) requested ( ) waived.

This __3rd__ day of _____, 20_16_.

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT